# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CODY PEPPER et al., | ) | CASE NO. 1:24-mc-00003 |
| Plaintiffs, | ) ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) | |
| LEAD SCIENCE, LLC, | ) ) | **ORDER** |
| Defendant. | ) | |

On January 4, 2024, Petitioners Cody Pepper, Terri Pepper, Julius Bryant, Kimberly Hudson, Demya Johnson, and Allison Powers ("Planitiffs") moved the Court for an order compelling Defendant Lead Science, LLC ("Defendant") to produce documents responsive to the subpoena in connection with Pepper et al. v. Fluent at al., Civil Action No. 1:21-cv-6581, pending in the United States District Court for the Southern District of New York. (ECF No. 1, PageID #1-2). On February 23, 2024, Plaintiffs notified the Court of their withdrawal of the motion. (ECF No. 3). There being no other motion or pleading before the Court, the motion to compel (ECF No. 1) is rendered **MOOT** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Date: March 15, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**